UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                          CHAPTER 13

LORRAINE FRIDSTROM                              CASE NO. 10-75209

### NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:   Old Second Mortgage Company         Court claim #: 2**

**Last four digits** of any number used to identify the debtor's account: 4145

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $16,715.79 |
| Amount Paid by Trustee | $16,715.79 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☒   Thru the Chapter 13 Plan        ☐   Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  10/06/2015                  /s/Lydia S. Meyer
                                    Lydia S. Meyer, Trustee
                                    308 W. State St., Suite 212
                                    Rockford, IL  61101

Certificate of Service

    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 6th Day of October, 2015.

Dated:  10/06/2015                  /s/Cynthia K. Burnard

OLD SECOND MORTGAGE COMPANY
BANKRUPTCY DEPARTMENT
1 CORPORATE DRIVE  SUITE 360
LAKE ZURICH, IL 60047

OLD SECOND MORTGAGE/DOVENMU
1 CORPORATE DRIVE, SUITE 360
LAKE ZURICH, IL  60047

PIERCE AND ASSOCIATES
ATTORNEYS AT LAW
1 NORTH DEARBORN SUITE 1300
CHICAGO, IL 60602

LAW OFFICE OF TERENCE M. FENELON
4513 LINCOLN AVE. STE. 111
LISLE, IL 60532

LORRAINE FRIDSTROM
1420 WASHINGTON STREET
LAKE IN THE HILLS, IL  60156

LAW OFFICE OF ERICH G. MONZON
400 CENTRAL AVE., SUITE 210
NORTHFIELD, IL  50093